case under advisement. Our final case for today, which appears to be at the stroke of noon, is Zhakypbaev v. Sessions. Mr. Sager. Good afternoon, Your Honors. Jason Sager, I'm half the petitioner, half the appellant. The case is up on Immigration Appeals on a denial of an asylum claim by the immigration judge. The issue here is whether there is substantial evidence to overturn the decision of the immigration judge ruling that the applicant did not fall into the definition of a refugee, namely that he did not fall into a particular social group or was not, would not suffer harm and did not suffer harm as a result of political opinion. So I read the immigration judge's opinion maybe slightly differently from the way you've just said that. The immigration judge seems willing to give Mr. Zhakypbaev the benefit of the doubt on political opinion and social group, which are defined quite similarly, and even the benefit of the doubt on whether the incident with the plastic bag and the persecution, but he doesn't see the nexus. He says there's no link between this probably terrible experience that Mr. Zhakypbaev had and either the social group or the political opinion. So why is that wrong? Why is that so wrong that we have to override what the immigration judge concluded? Correct, Your Honor. I believe that is incorrect based on, I don't believe that the judge gave enough weight to those facts. I think he may have misinterpreted the flags or put a false assumption in there about what actually happened. The judge had defined a social group as persons associated with the Bakaya family who had been president until the coup in April 2010, and the applicant had been a, had associations with that family going back to his childhood. He grew up in an area, he grew up, it was neighbors with Bakaya's two nephews. He had business dealings with the family, and in fact when the coup was occurring he had been asked specifically to go to a nightclub to take over the operations there. So he was definitely involved with that family. At that point he may have not been involved politically with that family, though later he did join the, join that political organization. But what's your best, oh go ahead Judge Rover. Oh thank you. He was part of a clique between the two clans, and he happened to be in the middle. But to show entitlement to asylum, doesn't he have to show, not that he's in the middle, of being used by one group, but that he's part, actually part of one clan, and targeted for that connection? That's correct, Your Honor, and I agree with that. And I think in this case, he does fall into a group, and that group would be, as the immigration judge himself called it, the persons associated with the Bakaev family. And I believe the prosecution, when they invited him for his, to be interviewed in May of 2010, on May 25th, 2010, knew about that. And they knew about his associations with, and this is where I think the immigration judge got it wrong, they knew about his associations with the Bakaev family. They had obviously been following him around. They knew something about his, what was happening, where he was at in April of 2010, when the coup was happening. And they, in fact, they accused him directly of helping Bakaev escape the country after the coup. So he was involved. When did they do that? This was on May 25th. The beating is when? That's the same day as the beating. Same day as the beating. So he's, the judge characterized that as him being a person of interest. He went in there because he might be able to give testimony, but that's not it. He was brought in there, and they were, very immediately, and the judge found his testimony credible. So we have to take that as true, as him, that actually what happened. That he was to give false testimony against Bakaev, and that he was to write up a false statement, that somebody else actually write it up, and that he would have to sign it. And this is all politically motivated. This is right after a coup, and he had direct connections with this family. Well, there are allegations that Bakaev had committed financial crimes and the like, that the new regime is pursuing, right? That's, yeah, he may have been, he may not have been, but the fault, the fact is that he was being asked to give false testimony. He wasn't asked to give testimony. He's being asked to give false testimony against Bakaev. So they must not have had the evidence. See, they're asking him to lie. He refused to do so. So instead of just saying, okay, they put a bag around his head, they beat him up, he got trauma to the skull, he lost consciousness, blows to the head, he was hospitalized, he had to go through treatment for some time after that. That doesn't strike me as being treated as a person who just simply wants, who has information. He's not being treated as a person who has information. He's being treated as a person who is being forced to give testimonies, or specifically false testimony, regarding a political figure who was just ousted over a coup. He was also accused of helping this person leave the country illegally. So I think that goes way beyond the judge's interpretation. Do you think that's a political group or social, a political opinion or a social group? I believe that he falls into the social group. It's not really his views that they care about. It's, they want him to help their side, so to speak. That's why I believe that he does fall into this social group, which the judge believed was cognizable, persons associated with the Bakaev family. The judge found that he didn't, because the judge also included that he needed to have some political view, or that the prosecutors didn't mention his political view. If I don't think that's relevant, that's his political view. This is him being a member of this particular group of people who have a long association with Bakaev, and that's the reason he's in there. Now that struck me as absurd, if the requirement is that while people are beating you, they have to say, and I'm doing this because of your association with the Bakaevs. It doesn't strike me as terribly realistic. And that's why we feel that the judge erred, and the evidence as it is, which he was found credible, is substantial enough to lead to another conclusion. The judge made an assumption about that. He understated what actually happened there and the reasons he was there. He wasn't there as a witness or had information. He was being specifically asked lie about his associations with Bakaev to get information so they could use that against the Bakaev family. But he comes back to the office a number of times after this experience, which the judge noted. He does go back. He's trying to make a complaint. He's asked to come back, I think. They continually want him to provide testimony. And the judge had mentioned at some point that he had actually testified that he was actually being asked to give false information. Well, the whole point is he was being asked to give false information. Not information. That's not the point. He was never asked to give information. He was asked to give false information to testify to sign statements that he never wrote and wouldn't even know the content of. And because of that, he was beat up very forcefully and threatened. And this did go on for some of the time. They did not leave him alone. He eventually left the country. It was the only time he was beat. But the message was very clear at that point. What they wanted from him. So we feel that based on those facts, as they are, that the judge erred in finding that he did not fall within that social group. And I think the focus is on the social group. Because he did join that political party at a later time. And that political party does enjoy some rights in Parliament. The country reports do mention there is violence between them from time to time. But at this point in time, he does fall within that social group. Okay. Thank you. Thank you, Your Honor. Ms. Perry. May it please the Court. Roseanne Perry on behalf of the Attorney General. You know, Ms. Perry, if the petitioner established that he was interrogated and beaten in an attempt to support false charges against a political figure who he supports, why isn't that enough to create a nexus between his prosecution and his political beliefs? Well, he didn't show that the beating was one central reason for his persecution or that his membership What would it have been? There's been a coup. The topic that they're looking at is information about the loser in the coup. It's hard to see, looking at the record as a whole, that there's any other topic. And I can't believe the government is arguing for a standard under which no one gets to show nexus unless the persecutor announces that that's what he's doing at the time he's persecuting. Well, there's evidence that they weren't just beating him for that reason. They were beating him or the mistreatment was on account of the information he had about the financial dealings of Megacom. But Megacom is Bakaev. This is family owned, so to speak. So it seems to me it's very artificial to regard these as separate topics. If it's financial crimes that the Megacom and Bakaev allegedly committed, it's all part and parcel of the same. You're going to persecute somebody who's in the social group associated with the Bakaev clan. But he hasn't shown that it was one central reason for his harm. How does he show that? I can't even imagine. What you have in mind is the way to show that. That the harm that he suffered, the persecution that he suffered was on account of. So it's the nexus that we're focusing on. He's got a lot of evidence to show that until the coup, he's merrily chugging along working for Megacom or whatever. Then there's the coup. They drag him in because they're trying to show financial people who are placed here and there around Kyrgyzstan, which for all I know, maybe there was a reason to do that. But hard to know that there's a reason when somebody won't sign a false affidavit to put a plastic bag on their head and make them think you're going to suffocate them and then beat them so hard that they lose consciousness and have to be hospitalized. Well, as Ajay said, I mean, it's basically the government's arguing that it is because of the financial dealings and it was separate from his association with the Baikonur. So what the Ajay says, I mean it's almost funny, while it is plausible that pro-Bakayev views would be imputed to the respondent, there is no evidence that this was the reason that he was imputed to the respondent's views when he was interrogated. And so I just have this image of somebody saying, I'm now going to beat you because of your association with the Bakayev group. And that's just not the way these things happen. I understand that, Your Honor, but the beating was not to, as the Ajay said, overcome or punish him for his relationship with the group. He's saying that. What reason is there to think that all of this evidence about the association had to be set aside? He just thinks because they didn't pre-announce when they beat him up that that was enough to support that. And I think that's... Well, he's also relying on the fact that there were statements in his affidavit and testimony that they were going after him for the financial reasons. I mean, I believe that he says... What do we mean by financial reasons? Well, the financial corruption in MAGACOM that was going on in that office. He said in his affidavit that they were interrogating personnel from MAGACOM and it looks like that was one of the reasons or one of the central reasons for his persecution or for his harm was because they were going after him because of the financial dealings in the company. But the company was owned by Bakayev's nephew? Is that right? Yes, Maxim. Yes. Or son, actually. It was the son. I can't remember. He's friends with the nephews in the company and he's owned by the son. Yes. I mean, if he can show past persecution, it changes the texture of this case quite a bit because of the presumption. Well, if he could, but he hasn't shown that it was on one central reason that he was harmed. That he was harmed for... Do you agree with the immigration judge that the social group of persons associated with the Bakayev family is a cognizable group and that he has sufficiently demonstrated that he's a part of that group? Do I agree with the immigration judge? Is that what you said? Yes, the immigration judge says that he is part of that cognizable group. That goes a long way, doesn't it? Yes, but that doesn't establish a nexus to the harm that he suffered. It's insufficient to... Well, I wish the government would, you know, explain why not. There just simply is no showing that he was harmed because of his association with the Bakayev family. It's clear that he is harmed because of the financial dealings or the information he may have had about the financial dealings at Megacom. And that's the only reason. While maybe his association with Bakayev... I'm sorry? So, in other words, while they're beating him, they're saying this is why? No, I'm not saying that they should be saying that this is why. Oh, well, he mentioned that he was beaten because of... or the prosecutor had interrogated personnel or they had accused him of the management of a company of getting money out of the company. So that was one of the reasons he said in his testimony that they were beating him. If there's more than one reason, would he pass muster here? It'd have to be a central reason. One of them had to be a central reason, or it can have more than one reason, but it'd have to be central. Yes. Any further questions? I see none, so thank you very much. Anything further, Mr. Sager? The applicant did mention throughout that there were financial reasons, but that was because Megacom was part of this because Bakayev's son owned the company. But the point of fact is that when he came to be questioned, that was not immediately what came up. And besides, if it's a financial reason, there must be some evidence there. And the fact that he was being asked to provide false testimony, provide a statement that he didn't read or... Do we have evidence of precisely what they wanted him to say? That might help. I don't believe that that was... he never came to that. He just refused to sign anything because he didn't know what he would be signing. I'm just saying if there were some testimony that he had some idea of what they wanted him to say, one might be able to... I don't believe there was, and I don't believe that was asked at the hearing. But he was immediately threatened with helping Bakayev escape the country and being associated... So they do bring Bakayev up in the course of this encounter. When he first arrives at the interview, it's not about Megacom, it's about him helping Bakayev escape. So this is not all about... there may be some financial, but it's not all about financial. It's about other things. What it was about, it was about his association with Bakayev. If he had no association with Bakayev at all, he wouldn't be there. He'd just be somewhere else working or doing whatever the other millions of people in Kyrgyzstan do on a day-to-day basis. He wasn't. He was brought into this interrogation room and he was beat severely because of that association, because of information which he may or may not have had, but they wanted him to have against them, in their own words. So with that in mind, with the facts as they are, we pray that the court will reverse the decision and remand this back to the court. Thank you, Your Honor.